1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Clayton M. Bernard-Ex, et al., | Case No. 2:19-cv-01280-RFB-BNW |
| Plaintiffs, | |
| v. | **ORDER AND REPORT AND RECOMMENDATION** |
| Catamount Properties 2018, LLC, et al., | |
| Defendants. | |

On July 24, 2019, Plaintiffs initiated this lawsuit. ECF No. 1. Before the Court screened Plaintiffs' complaint, Plaintiffs apparently served Defendants, as several defendants appeared through counsel and filed a motion to dismiss. *See* ECF No. 13. Plaintiffs also filed a motion to proceed *in forma pauperis*, as well as two other motions. *See* ECF Nos. 1, 7, 8.

**I.    *In Forma Pauperis* Application (ECF No. 1)**

Plaintiffs move to proceed *in forma pauperis*. ECF No. 1. Plaintiffs submitted the affidavit required by 28 U.S.C. § 1915(a), showing an inability to prepay fees or costs or give security for them. *Id.* Accordingly, Plaintiffs' request to proceed *in forma pauperis* will be granted.

**II.    Screening**

The Court ordinarily screens indigent plaintiffs' complaints prior to service. *See* 28 U.S.C. § 1915(e)(2)(B)(i); *Calhoun v. Stahl*, 254 F.3d 845, 845 (9th Cir. 2001) (per curiam). However, when defendants file an answer or responsive pleading, such as a motion to dismiss, the need for screening is obviated. *See, e.g.*, *Nordstrom v. Ryan*, 762 F.3d 903, 907 n.1 (9th Cir. 2014) (noting that the purpose of Section 1915 is to ensure that "the targets of frivolous or malicious suits need not bear the expense of responding").

In this case, a screening order is not necessary. Defendants responded to Plaintiffs' complaint by filing a motion to dismiss. *See* ECF No. 13. Accordingly, this case shall proceed on the normal litigation track and will not be screened.

**III.     Motion to Dismiss**

Defendants filed a motion to dismiss on October 22, 2019. ECF No. 13. Defendants argue that this case should be dismissed for several reasons. *See id.* Plaintiffs did not respond to or otherwise oppose this motion. Accordingly, this Court recommends that Defendants' motion to dismiss be granted under Local Rule 7-2(d). LR 7-2(d) ("The failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion.").

**IV.     Plaintiffs' Other Pending Motions (ECF Nos. 7, 8)**

Before Defendants filed their motion to dismiss, Plaintiffs filed a motion entitled "Motion Order to Show Cause and Ex Parte Motion for Shortening Time." ECF Nos. 7, 8. It is unclear to the Court what Plaintiffs are requesting in these motions. In all events, however, the Court will deny these motions as moot, as it is recommending that Defendants' motion to dismiss be granted and this case be dismissed.

Accordingly,

**IT IS ORDERED** that Plaintiffs' application to proceed *in forma pauperis* (ECF No. 1) is GRANTED. Plaintiffs will not be required to pay the filing fee in this action. Plaintiffs are permitted to maintain this action to conclusion without the necessity of prepayment of any additional fees or costs or the giving of a security for fees or costs.

**IT IS FURTHER ORDERED** that the clerk of court must file the complaint (ECF No. 1-1).

**IT IS FURTHER RECOMMENDED** that Defendants' motion to dismiss (ECF No. 13) be GRANTED and this case dismissed.

Page 2 of 3

**IT IS FURTHER ORDERED** that Plaintiffs' motions for an order to show cause (ECF No. 7) and to shorten time (ECF No. 8) are DENIED as moot.

### NOTICE

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1).  A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation.  Local Rule IB 3-2(a).  Failure to file a timely objection may waive the right to appeal the district court's order.  *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: July 23, 2020

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE