UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BERNAND-EX., *et al.*, | Case No. 2:19-cv-001280-RFB-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| CATAMOUNT PROPERTIES 2018, LCC, *et al.*, | |
| Defendants. | |

Before the Court for consideration is the Report and Recommendation [ECF No. 14] of the Honorable Brenda N. Weksler, United States Magistrate Judge, entered July 23, 2020.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by August 6, 2020.  No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

. . .

1    **IT IS THEREFORE ORDERED** that the Report and Recommendation [ECF No. 14] is
2    ACCEPTED and ADOPTED in full.
3    **IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss [ECF No.13] is
4    GRANTED and case is DISMISSED.
5    The Court Clerk is directed to mail a copy of this order to Plaintiff.

DATED: September 1, 2020.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**